# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

THE CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS, Servant:
XIU JIAN SUN, THE SPIRITUAL ADAM.
54-25 153rd St 2FL
Flushing, New York 11355
646-675-0308

Plaintiffs,

v.

PRESIDENT OF U.S.A. MR.
DONALD JOHN TRUMP - Wang Xing Ren
The White House
1600 Pennsylvania Avenue NW.
Washington, DC 20500
President Trump (@POTUS) | Twitter
The Trump Team (@TrumpWhiteHouse) | Twitter
Donald J. Trump President of the United States.
@DonaldTrumpForPresident16
(202) 456-1414

Defendant

Case: 1:17-cv-01787 Jury Demand
Assigned To : Contreras, Rudolph
Assign. Date : 9/1/2017
Description: Pro Se Gen. Civil (F-Deck)

Trial with god's law. Apply for jury to prevent insult and unfair behavior

RECEIVED
SEP - 1 2017
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## COMPLAINT

The complaint of the plaintiff, -god's servant, Xiu Jian Sun, the spiritual Adam respectfully shows and alleges as follows

1. Lord god of host sent the messenger through angel said to

spiritual Adam: "**take him（her）to the law to confront it.**" (把他（她）带到法律面前去)

2. February 22，2017. the Lord god of host Jehovah sent the messenger said to servant (Plaintiff) through the angel: **"wang xing ren"**[1].（汪星人）

3. The Revelation of St John the Divine Chapter 17

1). And there came one of the seven angels which the seven vials, and talked with me, saying unto me, Come hither; I will shew unto thee the judgment of the great whore that sitteth upon many waters:

2). With whom the **kings**[2] of the earth have committed fornication* (**Look! President Donald John Trump**[2] **- Wang Xing Ren; Obama Barack -King Herod; George W. Bush; Bill Clinton; George H. W. Bush; Ronald Reagan; Jimmy Carter; Gerald Ford; Richard Nixon**) , and the inhabitants of the earth have been made drunk with the wine of her fornication.

3). So he carried me away in the spirit into the wilderness: and I saw a woman sit upon a scarlet coloured beast, full of names of blasphemy, having seven heads and ten horns.

4). And the woman was arrayed in purple and scarlet colour, and decked with gold and precious stones and pearls, having a golden cup in her hand full of abominations and filthiness of her fornication:

---

1. VI. CAUSE OF ACTION.

2. VI. CAUSE OF ACTION.

5). And upon her forehead was a name written, MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH.

6). And I saw the woman drunken with the blood of the saints, and with the blood of the martyrs of Jesus: and when I saw her, I wondered with great admiration.

7). And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns.

8). The beast that thou sawest was, and is not; and shall ascend out of the bottomless pit, and go into perdition: and they that dwell on the earth shall wonder, whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is.

9). And here is the mind which hath wisdom. The seven heads are seven mountains, on which the woman sitteth.

10). And there are seven kings: five are fallen **(Servant in accordance of order: Harold B. Lee, Spencer W. Kimball, Ezra Taft Benson, Howard W. Hunter, Gordon B. Hinckley. 1972-2008)**, and one is, and the other is not yet come **(In the year of 2010, when reading this, Jehovah, -the Lord god of host sent the messenger said to servant in heart, "They are like this in their previous life.")**; and when he cometh, he must continue a short space.

4. The Doctrine and Covenants Section 42

83. And thus ye shall do in all cases which shall come before you.

84. And if a man or woman shall rob, he or she shall be delivered up unto the law of the land.

85. And if he or she shall steal, he or she shall be delivered up unto the law of the land.

86. And if he or she shall lie, he or she shall be delivered up unto the law of the land.

87. And if he or she do any manner of iniquity, he or she shall be delivered up unto the law, even that of God.

88. And if thy brother or sister offend thee, thou shalt take him or her between him or her and thee alone; and if he or she confess thou shalt be reconciled.

89. And if he or she confess not thou shalt deliver him or her up unto the church, not to the members, but to the elders. And it shall be done in a meeting, and that not before the world.

90. And if thy brother or sister offend many, he or she shall be chastened before many.

91. And if any one offend openly, he or she shall be rebuked openly, that he or she may be ashamed. And if he or she confess not, he or she shall be delivered up unto the law of God.

5.

92. If any shall offend in secret, he or she shall be rebuked in secret, that he or she may have opportunity to confess in secret to him or her whom he or she has offended, and to God, that the church may not speak reproachfully of him or her.

93. And thus shall ye conduct in all things.

6. Jehovah, - the Lord god of host gives the words to servant (Plaintiff) in the temple he made, “Trial with god's law. **Apply for jury to prevent insult and unfair behavior**.”

7. I （servant） would like to request a Mandarin Chinese court interpreter for my appeal court day。

It is the savior redeemer of servant, -Jesus Christ, says with father’s order. Amen.

Dated: September 1, 2017
Queens, New York

The Church of Jesus Christ of Latter-day saints

Servant: Xiu Jian Sun, the spiritual Adam
Xiu Jian Sun, the spiritual Adam
54-25 153rd St 2FL
Flushing, NY 11355
646-675-0308
Plaintiff